## Commonwealth *v.* Chambers, Appellant.

Before GAWTHROP, P. J.

Submitted March 17, 1969. *P. Richard Klein,* Public Defender, for appellant; *A. Thomas Parke, III,* Assistant District Attorney, and *Norman J. Pine,* District Attorney, for Commonwealth, appellee.

Order affirmed.